**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER BROWN, | ) | No. CV 12-2925-SVW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN DOE, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: <u>April 16, 2013</u>

_____
STEVEN V. WILSON
United States District Judge